IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**VANESSA J. JONES**  **PLAINTIFF**
*doing business as*
*Jones Law Firm*

**V.**  **CASE NO: 2:23-cv-00003-HSO-BWR**

**HIGH RISE FINANCIAL LLC and**  **DEFENDANTS**
**MICHAEL MACKIE** *individually*

### ORDER SETTING DEADLINE FOR FILING PROOF OF SERVICE OF PROCESS

This matter is before the Court *sua sponte* to address service of process upon Defendants. Over ninety days have passed since the Complaint was filed, and no proof of service for either Defendant has been filed. Federal Rule of Civil Procedure 4(m) provides in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court, on motion or on its own after notice to the plaintiff, must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. . . .

Fed. R. Civ. P. 4(m).

**IT IS, THEREFORE, ORDERED** that Plaintiff has until **May 12, 2023** to properly serve and file proof of service upon Defendants. Otherwise, the claims against Defendants may be dismissed without prejudice and without further notice to Plaintiff.

**SO ORDERED**, this the 21st day of April, 2023.

*s/ Bradley W. Rath*
HONORABLE BRADLEY W. RATH
UNITED STATES MAGISTRATE JUDGE