IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | | |
|---|---|---|
| VANESSA J. JONES, doing business as Jones Law Firm | § § § § | PLAINTIFF |
| v. | § § § § | Civil No. 2:23cv3-HSO-BWR |
| HIGH RISE FINANCIAL LLC and MICHAEL MACKIE, Individually | § § | DEFENDANTS |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this date,

**IT IS, THEREFORE, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 14th day of June, 2023.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE